# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRAD LEE MARTIN, aka CASEY LEE KAGEY <br><br> Defendant. | 8:18CR264 <br><br> ORDER |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [42]. Counsel informs the court that the parties are in the process of resolving this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [42] is granted as follows:

1. The jury trial, now set for September 17, 2019, is continued to **January 28, 2020**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 28, 2020** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 30th day of August 2019.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge